**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

November 4, 2013

**VIA ECF**
The Honorable Ramon E.Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:    Grunwald v. Mercantile
        13 CV 4295 (FB) (RER)**

Dear Magistrate Judge Reyes:

I represent the plaintiff in the above referenced matter.  The parties respectfully inform Your Honor that this morning we have resolved the matter .  Therefore, we request that the conference scheduled for November 6, 2013 at 11:15 a.m. be adjourned.  We intend to have a stipulation of discontinuance filed shortly.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Aaron R. Easley, Esq.