UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JONATHAN GRUNWALD, on behalf of himself
and all other similarly situated consumers,

        Plaintiff,

                                    Case No. 1:13-cv-4295 (FB (RER)

   v.

MERCANTILE ADJUSTMENT BUREAU LLC

        Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, Jonathan Grunwald ("Plaintiff"), and Mercantile Adjustment Bureau LLC hereby file this joint stipulation of dismissal with prejudice. The parties have reached a settlement and Plaintiff agrees to dismiss all claims with prejudice and request the Court reserve the jurisdiction to enforce the agreement. Each party will bear its own fees and costs.

Dated, this 4th day of December, 2013.

/s/ Adam J. Fishbein, P.C.
Adam J. Fishbein, P.C.
Attorney at Law
483 Chestnut Street
Cedarhurst, NY  11516
Telephone:  (516) 791-4400
Facsimile:  (516) 791-4411
*Attorney for Plaintiff*

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
200 Route 31 North, Suite 203
Flemington, NJ  08822-5736
Telephone: (908) 751-5940
Facsimile: (908) 751-5944
aeasley@sessions-law.biz
*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.